# EXHIBIT A

# United States of America
## United States Patent and Trademark Office

# RHAPSODY

**Reg. No. 4,677,029**  
**Registered Jan. 27, 2015**  
**Int. Cls.: 9 and 16**

**TRADEMARK**

**PRINCIPAL REGISTER**

ORCHESTRAL DEVELOPMENTS LIMITED (NEW ZEALAND COMPANY)  
181 GRAFTON ROAD  
GRAFTON; AUCKLAND 1010  
NEW ZEALAND

FOR: COMPUTER SOFTWARE, NAMELY, AN INTEGRATION ENGINE FOR ALLOWING DISPARATE SYSTEMS IN THE HEALTHCARE SECTOR TO COMMUNICATE WITH ONE ANOTHER, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: PRINTED MATTER, NAMELY, NEWSLETTERS AND BROCHURES, PRINTED INSTRUCTIONAL AND TEACHING MATERIAL EXCEPT APPARATUS; ALL OF THE AFORESAID IN THE FIELD OF, OR ON THE SUBJECT OF, COMPUTER SOFTWARE INTEGRATION ENGINES, COMPUTER PERIPHERAL DEVICES, COMPUTER SOFTWARE RELATING TO ACCESSING INFORMATION AND DATABASES, COMPUTER SOFTWARE RELATING TO MEDICAL APPLICATIONS, THE MEDICAL AREA, THE HEALTH AREA, THE HEALTH AND SAFETY AREA, AND COMPUTER SOFTWARE RELATING TO DATA ENGINE OR INTERFACING AND ROUTING APPLICATIONS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF INTERNATIONAL REGISTRATION 1194861 DATED 6-13-2013, EXPIRES 6-13-2023.

OWNER OF U.S. REG. NO. 2,910,269.

SER. NO. 79-143,722, FILED 6-13-2013.

MATTHEW EINSTEIN, EXAMINING ATTORNEY



**Deputy Director of the United States Patent and Trademark Office**

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 2,910,269
Registered Dec. 14, 2004

## SERVICE MARK
### PRINCIPAL REGISTER

## RHAPSODY

ORCHESTRAL DEVELOPMENTS LIMITED (NEW ZEALAND CORPORATION)
30 ENFIELD STREET
AUCKLAND, NEW ZEALAND

FOR: COMPUTER SOFTWARE COMPRISING AN INTERFACE ENGINE THAT DELIVERS ADVANCED INTER-SYSTEM MESSAGING CAPABILITIES TO HEALTH SECTOR ORGANISATIONS OF ALL KINDS , IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 2-15-2002; IN COMMERCE 2-15-2002.

OWNER OF NEW ZEALAND REG. NO. 638077, DATED 11-22-2001, EXPIRES 5-21-2008.

SER. NO. 78-121,824, FILED 4-15-2002.

DOMINIC J. FERRAIUOLO, EXAMINING ATTORNEY