MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO, P.C.
Andrew D. Skale (SBN 211096)
ADSkale@mintz.com
Natalie Prescott (SBN 246988)
nprescott@mintz.com
Samuel D. Sazer (SBN 313037)
SDSazer@mintz.com
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Telephone:  (858) 314-1500
Facsimile:  (858) 314-1501

Attorneys for Plaintiff InterOperability Bidco, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEROPERABILITY BIDCO, INC., <br><br> Plaintiff, <br><br> v. <br><br> PETABYTE TECHNOLOGY INC., <br><br> Defendant. | Case No.:  3:21-cv-01020-BAS-AHG <br><br> **CORPORATE DISCLOSURE STATEMENT (FRCP 7.1) AND CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 40.2)** |

TO THE COURT AND ALL PARTIES OF RECORD:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 40.2, the undersigned, counsel of record for Plaintiff InterOperability Bidco, Inc. ("Plaintiff) certifies that Plaintiff is 100% owned by InterOperability Midco, LLC, which is 100% owned by InterOperability Holdings, LLC; and that both InterOperability Midco, LLC InterOperability Holdings, LLC are Plaintiff's parent companies. There is no publicly-held corporation owning 10% or more of Plaintiff's stock.

Dated: May 28, 2021

Respectfully submitted,

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

By: */s/ Andrew D. Skale*
Andrew D. Skale (SBN 211096)
Natalie Prescott (SBN 246988)
Samuel D. Sazar (SBN 313037)

*Attorneys for Plaintiff InterOperability Bidco, Inc.*